James L. Currie, et al., Plaintiff-Appellant, v. Etalo Daminato, Defendant, and A. H. Sollinger Construction Co., Inc., Garnishee-Defendant-Appellee.

Gen. No. 67–27. (Abstract of Decision.)

Second District.

December 7, 1967.

Paulson and Ketchum, of Chicago, for appellant; Robert L. Tarrel, of Chicago, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.